**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| F.G. BUDNICK, a married man and TEMPO, INC., a Michigan corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TOWN OF CAREFREE; et al.,<br><br>　　　　　Defendants. | No. CV-04-1420-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is Defendants' Motion for Attorney's Fees (Doc. 48) filed pursuant to Rule 54(d)(2), Federal Rules of Civil Procedure, and Rule 54.2, Local Rules of Civil Procedure.

　　　In light of Plaintiffs' appeal, the Court finds that it would be imprudent to resolve Defendants' pending motion at this time. Consequently, the Court will deny Defendants' motion without prejudice, with leave to re-file upon resolution of the appeal currently before the Ninth Circuit.

　　　Accordingly,

　　　**IT IS HEREBY ORDERED DENYING without prejudice** Defendants' Motion for Attorneys' Fees (Doc. 48).

　　　DATED this 26th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge